IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

STEPHEN M MARODA,

    Plaintiff,

v.

HSBC CARD SERVICES
A Delaware Corporation,

    Defendant.

Case No. CV-14-00395-PHX-NVW

**COMPLAINT FOR VIOLATION OF THE FAIR CREDIT REPORTING ACT AND LIBELOUS DEFAMATION**

**JURY TRIAL DEMANDED**

Stephen Maroda
8241 N Central Ave #23
Phoenix, AZ 85020
480-415-7366
*Plaintiff Pro Se*

Plaintiff Stephen Maroda allege and aver as follows:

## SUMMARY AND OVERVIEW

1. Plaintiff Stephen Maroda, is a Arizona citizen.

2. Defendant, through its subsidiaries, sells and services consumer lending products in Arizona and other states.

## JURISDICTION AND VENUE

3. Jurisdiction is conferred by 15 U.S.C. §1681. The claims herein arise under 15 U.S.C. §1681.

COMPLAINT

-1-

4. Venue is proper in this District pursuant to 15 U.S.C. §1681. Defendant does business in this District and the actions or lack thereof against the Plaintiff occurred in this District.

### BACKGROUND

5. Based on information and belief, on or about March of 2012 a disputed debt previously dismissed by New York courts was settled by accord and satisfaction. Despite numerous attempts made to update reporting to the credit bureaus regarding this matter no correction was made.

### FIRST CLAIM FOR RELIEF

### For Violation of 15 U.S.C. §1681.

6. Plaintiff incorporates paragraphs 1 through 5 by reference.

7. Plaintiff Stephen Maroda made numerous requests through numerous of the Defendant's departments to correct erroneously reported consumer credit information.

8. Defendant willfully failed to update information as required under 15 U.S.C. § 1681s-2 despite numerous written and oral notices.

9. 15 U.S.C. § 1681(n) provides that any person who willfully fails to comply with any requirements imposed under 15 U.S.C. § 1681 is liable to the consumer for damages of not less than $100 and not more than $1,000. Accordingly, plaintiff is entitled to recover statutory damages.

10. Plaintiff is also entitled under 15 U.S.C. § 1681(n) to recover such amount of punitive damages as the court may allow.

11. 15 U.S.C. § 1681(n) provides that the cost of the action together with reasonable attorneys fees as determined by the court are also recoverable by the plaintiff.

### SECOND CLAIM FOR RELIEF

### Libelous Defamation

12. On or about October of 2013, Defendant sold the account in question with associated false statements to Capital One.

COMPLAINT

13. Defendant represented the consumer account in a false light causing it to then be reported falsely in Capital Ones name.

14. Defendant knowingly caused harm to the Plaintiff by producing written records known to it to be inaccurate to a third party intimately involved with the Plaintiffs personal finances and causing that third party to report inaccurate information damaging the defendants personal and professional financial reputation.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment as follows:

A. An order restraining Defendants, their agents, servants, employees, successors, and assigns, and all others in concert and privity with them, from reporting the account in question in a false light.

B. Awarding plaintiff statutory damages, punitive damages, attorneys fees and costs; and

C. Awarding

D. Such other legal and equitable relief as the Court shall find just and proper.

Respectively submitted February 28, 2014

By _Stephen Maroda_

_____
Stephen Maroda

COMPLAINT

Stephen Maroda
8241 N Central Ave #23
Phoenix, AZ 85020
480-415-7366
*Plaintiff Pro Se*

## Certificate of Service

I HEREBY CERTIFY that on this 23rd Day of February, 2014, a true and correct copy of the Complaint for Complaint For Violation Of The Fair Credit Reporting Act And Libelous Defamation was mailed, with all attachments, postage prepaid, Priority Mail with delivery confirmation to:

CT Corporation
2390 E Camelback Rd
Phoenix, AZ 85016

_____
Stephen Maroda

COMPLAINT