1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                           FOR THE DISTRICT OF ARIZONA

8

9    Stephen M. Maroda,                        No. CV-14-00395-PHX-NVW

10                    Plaintiff,               **ORDER**

11   v.

12   HSBC Card Services,

13                    Defendant.

14

15        Before the Court is the parties' Stipulation of Dismissal (Doc. 42).

16        IT IS HEREBY ORDERED this matter is dismissed in its entirety with prejudice,

17   each party to be its own respective attorneys' fees and costs.

18        Dated this 10th day of October, 2014.

19

20

21   _____

22                    Neil V. Wake
                       United States District Judge
23

24

25

26

27

28